No. 74–21. MID-FLORIDA TELEVISION CORP. *v.* TV 9, INC., ET AL.; and

No. 74–31. FEDERAL COMMUNICATIONS COMMISSION *v.* TV 9, INC., ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. Reported below: 161 U. S. App. D. C. 349, 495 F. 2d 929.

No. 74–28. O'BRYAN *v.* CHANDLER, U. S. DISTRICT JUDGE. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 74–77. ANDREWS *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Motion to dispense with printing petition and certiorari denied.

No. 74–141. SMITH, CORRECTIONAL SUPERINTENDENT *v.* CHENNAULT. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–169. DRAKE-HENNE, INC., ET AL. *v.* CITY OF WAHPETON. Sup. Ct. N. D. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.